**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **ANGELA SUE COLANER,** | : | |
| | : | |
| Plaintiff, | : | Case No. 12-cv-00716 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| | : | **Magistrate Judge Abel** |
| Defendant. | : | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 30, 2013 Order, the Court, ADOPTED the Report and Recommendation, OVERRULED Defendant's Objections.  This action is hereby REMANDED to the Administrative Law Judge.

Date:  September 30, 2013    **John Hehman, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　 s/Betty L. Clark
　　　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk